

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00021-CV

**IN THE INTEREST OF J.T.W.** and J.L.A., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00754
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the portion of the trial court's Order of Termination that terminates appellant's parental rights to the children is REVERSED and judgment is RENDERED denying the Department's petition to terminate appellant's parental rights. In all other respects the trial court's Order of Termination is AFFIRMED. Costs of appeal are assessed against the parties who incurred them, except no costs of appeal are assessed against appellant because she qualifies as indigent.

SIGNED July 2, 2025.

_____
Irene Rios, Justice